John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                        :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------------ x   Civil Action No.: 07CV4469
JAMIE GERARDO,
                                                                            :
                        Plaintiff(s),                                          **NOTICE OF BATTERY PARK
                                                                            :    CITY AUTHORITY's
        -against-                                                              ADOPTION OF ANSWER TO
                                                                            :    <u>MASTER COMPLAINT</u>**
ALAN KASMAN D/B/ KASCO, ET AL.
                                                                            :
                        Defendant(s).
                                                                            :
------------------------------------------------------------------------ x

　　　　PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster site Litigation*, 21 MC 102 (AKH).

　　　　WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:　White Plains, New York
　　　　 September 25, 2007

1699503.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00195

By: _____
     John M. Flannery (JMF-0229)

1699503.1